01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. MJ 11-429
09            Plaintiff,                  )
                                         )
10            v.                          )
                                         )   DETENTION ORDER
11  CHARLES E.BROWN,                      )
                                         )
12            Defendant.                  )
    _____      )

13

14  <u>Offense charged</u>:        Felon in Possession of a Firearm (two counts)

15  <u>Date of Detention Hearing</u>:    September 14, 2011.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant is charged with possession of a number of firearms, having

01  previously been convicted of at least four felony offenses.

02      2.      Defendant was not interviewed by Pretrial Services.  He does not contest

03  detention.

04      3.      Defendant poses a risk of nonappearance due to unverified background

05  information, a history of failing to comply and unknown substance abuse history.   He poses a

06  risk of danger based on criminal history.

07      4.      There does not appear to be any condition or combination of conditions that will

08  reasonably assure the defendant's appearance at future Court hearings while addressing the

09  danger to other persons or the community.

10  It is therefore ORDERED:

11      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

12          General for confinement in a correction facility separate, to the extent practicable, from

13          persons awaiting or serving sentences or being held in custody pending appeal;

14      2.  Defendant shall be afforded reasonable opportunity for private consultation with

15          counsel;

16      3.  On order of the United States or on request of an attorney for the Government, the

17          person in charge of the corrections facility in which defendant is confined shall deliver

18          the defendant to a United States Marshal for the purpose of an appearance in connection

19          with a court proceeding; and

20      4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21          for the defendant, to the United States Marshal, and to the United State Pretrial Services

22          Officer.

DETENTION ORDER
PAGE -2

DATED this <u>14th</u> day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge